In the Matter of CORPORATION COUNSEL OF CITY OF NEW YORK (GARDEN PLACE & VERNON PARKWAY).

CARMELO LEMBO, Appellant; CORPORATION COUNSEL OF CITY OF NEW YORK, Respondent.

Argued April 28, 1942; decided June 11, 1942.

*Garry J. Fury* for appellant.

*William C. Chanler, Corporation Counsel* (*Samuel K. Handel, Julius Isaacs* and *Leo Brown* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY AND DESMONL JJ.